W. C. BROOKS, Plaintiff-Appellee, *v.* GREAT AMERICAN INSURANCE CO., Defendant-Appellant.

(No. 70-45; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

Third District—February 18, 1971.

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE STOUDER.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Westervelt, Johnson, Nicoll & Keller, of Peoria, for appellant.

Harold H. Kuhfuss, of Pekin, for appellee.

▮▮▮▮▮▮▮▮

FARMERS INSURANCE EXCHANGE, Plaintiff-Appellee, *v.* ALLEN S. WARE *et al.*, Defendants-Appellees—(ALLEN S. WARE *et al.*, Third Party Plaintiff-Appellee, *v.* AMERICAN FAMILY INSURANCE GROUP, Third Party Defendant-Appellant.)

(No. 70-47; ▮▮▮▮▮▮▮▮▮▮▮)

Third District—February 24, 1971.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮